JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARYN JACOBS AND LAURA JACOBS; | CASE NO: CV 03-9337-VBF (JTLx) |
| Plaintiffs, | JUDGMENT |
| VS. | |
| KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendant. | |

In accordance with the Memorandum of the Ninth Circuit dated January 30, 2008, and based on pleadings filed in support of and in opposition to Plaintiffs' Motion for Entry of Judgment in Accordance with Memorandum Opinion of Ninth Circuit Court of Appeals, as well as the arguments of counsel, JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

1. $41,250, representing the amount paid by Plaintiffs to Pacific Shores Hospital;

2. $14,864.84, representing prejudgment interest on the above amount at the rate of 7.03%, the rate charged by the equity line used by Plaintiffs to pay Pacific Shores Hospital;

3. Attorneys fees in the amount of $108,405, based on an hourly rate of $450 for Lisa S. Kantor, Esq. counsel for plaintiffs;

4. Costs under 29 U.S.C. §1132(g)(1) and 28 U.S.C. §1920 in the amount of $4,423.96; and

1

5. All payments are to be made within ten days of the date of this Judgment. Thereafter, plaintiffs are entitled to post-judgment interest on said amount at the rate set by 28 U.S.C. §1961.

Date: July 7, 2008  _____          *Valerie Baker Fairbank*
                                          _____
                                          The Honorable Valerie Baker Fairbank
                                          U.S. District Court Judge